IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH PAVUSCKO, | : | |
| | : | 4:08-cv-1878 |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | Hon. Malachy E. Mannion |
| KATRINA FIALA, | : | |
| | : | |
| Defendant. | : | |

## ORDER

### August 4, 2010

In accordance with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Malachy E. Mannion (Doc. 22) is **ADOPTED IN PART** and **REJECTED IN PART** to the following extent:

    a. Defendant's Motion for Summary Judgment (Doc. 19) is **GRANTED** in its entirety.

    b. The Clerk of Court is directed to **CLOSE** the file on this case.

                                                                               s/ John E. Jones III
                                                                                John E. Jones III
                                                                                United States District Judge